LSK&D #: 564-6019 / 775805
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JO DAVIS HALLINGBY as Executrix of the
Estate of PAUL HALLINGBY, JR.,

          Plaintiff,

 -against-

MAI V. HALLINGBY and METROPOLITAN
LIFE INSURANCE COMPANY,

          Defendants
------------------------------------------------------------x

JUDGE MARRERO

06 CV 5059

NOTICE OF REMOVAL

(from New York
Supreme Court, County
of New York, Index No.
300913/93)

RECEIVED
JUN 30 2006
U.S.D.C. S.D. N.Y.
CASHIERS

  Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorneys, Lester Schwab Katz & Dwyer, LLP, hereby files this Notice of Removal in the above-captioned action to the United States District Court for the Southern District of New York from the Supreme Court of the State of New York, County of New York, as provided by Title 28, United States Code, Chapter 89, as its basis therefore states:

  1. This action was commenced on or about May 30, 2006 in the Supreme Court of the State of New York, County of New York, under index no. 300913/93. (Copies of the Order to Show Cause dated May 30, 2006 and supporting affidavits are annexed hereto as Exhibit "A".) No further proceedings have been had herein.

  2. This action is being removed to federal court because it seeks recovery of certain annuity benefits provided under the Merrill Lynch pension plan (the "Plan"), an employee pension benefit plan within the meaning of and governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq.

3. ERISA preempts the state law claims alleged in plaintiff's pleadings and provides the exclusive remedy for recovery of benefits claimed under the employee benefit plans. See ERISA Section 502(a)(1)(B), 514; 29 U.S.C. §§ 1132(a)(1)B, 1144.

4. This Court has original "federal question" jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(c) and (f). As a civil action founded on a right or claim arising under the laws of the United States, this action is properly removable to the Court pursuant to 28 U.S.C. § 1441(a) and (b). See Metropolitan Life Ins. Co. v. Taylor, 481 U.S. 58 (1987).

5. Defendant Mai V. Hallingby has consented to removal of this action. (See Exhibit "B" annexed hereto.)

6. This Notice of Removal is being filed within the time period specified by law. See 28 U.S.C. § 1446(b).

7. A copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of the State of New York, County of New York, as required by law. See 28 U.S.C. § 1446(d).

8. Written notice of the filing of the Notice of Removal will be given to plaintiff as required by law. See 28 U.S.C. § 1446(d).

**WHEREFORE**, defendant MetLife hereby removes this action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         June 29, 2006

Respectfully submitted,

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York  10271
(212) 964-6611
Attorneys for Defendant
Metropolitan Life Insurance Company

TO:

Richard H. Dolan, Esq.
Schlam, Stone & Dolan, LLP
26 Broadway
New York, New York 10004
Attorneys for Plaintiff

Enno Ercklentz, Esq.
620 Fifth Avenue, 5th Floor
New York, New York 10020
Attorney for Defendant
Mai V. Hallingby

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JO DAVIS HALLINGBY as Executrix of the
Estate of PAUL HALLINGBY, JR.,

                                  Plaintiff,

           -against-

MAI V. HALLINGBY and METROPOLITAN
LIFE INSURANCE COMPANY,

                                Defendants
-----------------------------------------------------------------x

No.

**NOTICE OF REMOVAL**

**(from New York Supreme Court, County of New York, Index No. 300913/93)**

 

LESTER SCHWAB KATZ & DWYER, LLP

ATTORNEYS FOR    **Defendant**
**METROPOLITAN LIFE INSURANCE COMPANY**

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX: (212) 267-5916